# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ANTHONY SPINELLI, JR.,      :   No. 184 MM 2015

         Petitioner     :

         v.           :

KATHLEEN G. KANE, ATTORNEY    :
GENERAL OF THE COMMONWEALTH   :
OF PENNSYLVANIA, LAWRENCE M.    :
CHERBA, EXECUTIVE DEPUTY      :
ATTORNEY GENERAL OF THE       :
COMMONWEALTH OF PENNSYLVANIA,   :
LAURA A. DITKA, CHIEF DEPUTY     :
ATTORNEY GENERAL OF THE       :
COMMONWEALTH OF PENNSYLVANIA,   :

         Respondents    :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 5th day of February, 2016, the King's Bench Petition and/or Application for Extraordinary Relief is **DENIED**.

     Mr. Justice Eakin did not participate in the consideration or decision of this matter.